UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| INTERIOR DEVELOPERS, INC. and HUMBERTO GARCÍA-ROMER, | Civil No. 06-1368 (RLA) |
| Plaintiffs, | Re: |
| v. | JUDICIAL REVIEW, DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF |
| EILEEN L. CHAO, Secretary of the U.S. Department of Labor | |
| Defendant. | |

**OPPOSITION TO MOTION TO DISMISS**

TO THE HONORABLE COURT:

By counsel, INTERIOR DEVELOPERS, INC. and HUMBERTO GARCÍA-ROMER (collectively, "Plaintiffs"), respectfully STATE and PRAY:

1. On June 8, 2006 the defendant Eileen L. Chao filed a motion asking this court to either excuse her from answering the complaint until process is served upon the United States or, in the alternative, to dismiss the complaint for failure to serve process upon the United States.

2. The complaint in the instant case was filed on April 12 2006. Pursuant to Fed. R. Civ. P. 4(m) Plaintiffs have 120 days from the date the complaint was filed to serve process upon the United States through the U.S. Attorney in Puerto Rico and the Attorney General of the United States. Accordingly, *Plaintiffs have until Thursday, August 10, 2006 to serve process upon the United States.*

3. In light of the above, defendant's motion to dismiss is premature and/or is not ripe for adjudication. However, Plaintiffs concede that until process is served upon the United States the defendant does not have to file an answer to complaint.

4. Plaintiffs shall immediately undertake the necessary measures to serve process upon the United States as outlined above, and well in advance of the August 10, 2006 deadline.

WHEREFORE, Plaintiffs respectfully request that this Court DENY defendant Eileen L. Chao's "Motion to Dismiss for Lack of Jurisdiction and Lack of Service of Process."

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 9th day of June 2006

CERTIFICATE OF SERVICE: I hereby certify that on today's date I electronically filed the foregoing opposition with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

*s/Jason P. Ramos*
_____
JASON PAUL RAMOS / USDC No. 222701
Attorney for Interior Developers, Inc.
and Humberto García-Romer
**O'NEILL & GILMORE, P.S.C.**
Edif. Citibank Tower
252 Ave. Ponce de León Suite 1701
San Juan, Puerto Rico 00918
E-mail: jpr@go-law.com
Tel. (787) 620-0670 / Fax. (787) 620-0671